UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
 :   Chapter 13
Brian Reed :
 :   Bankruptcy No. 19-16881AMC
Debtor. :

# O R D E R

**AND NOW**, this 10th day of December, 2019, the Debtor having filed the above bankruptcy case on November 1, 2019,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 19-14199, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 1, 2019 and dismissed on July 23, 2019 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents:

> Certification Concerning Credit Counseling
> Chapter 13 Plan
> Chapter 13 Statement of Your Current Monthly Income Form 122C-1
> Means Test Calculation Form 122C-2
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 7, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge