```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

```
In re:                                                       Case No. 19-16881-amc
Brian Reed                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: YvetteWD          Page 1 of 1          Date Rcvd: Dec 12, 2019
                          Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Brian Reed,    8400 Fayette St.,    Philadelphia, PA 19150-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :  Chapter 13
   Brian Reed                       :
                                    :  Bankruptcy No. 19-16881AMC
        Debtor.                     :

## ORDER

**AND NOW**, this 10th day of December, 2019, the Debtor having filed the above bankruptcy case on November 1, 2019,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 19-14199, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 1, 2019 and dismissed on July 23, 2019 for failure to file information,

**AND**, the docket reflecting that the Debtor has failed to file the below listed documents:

   Certification Concerning Credit Counseling
   Chapter 13 Plan
   Chapter 13 Statement of Your Current Monthly Income Form 122C-1
   Means Test Calculation Form 122C-2
   Schedules AB-J
   Statement of Financial Affairs
   Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 7, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge