United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian Reed  
    Debtor

Case No. 19-16881-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jan 09, 2020  
                    Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
```
db             +Brian Reed,    8400 Fayette St.,    Philadelphia, PA 19150-1915
14420933       +M&T Bank,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 10 2020 03:29:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2020 03:29:34
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2020 03:29:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 10 2020 03:39:53
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14418204       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 10 2020 03:39:53
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14415232        E-mail/Text: camanagement@mtb.com Jan 10 2020 03:29:24     M&T Bank,   P.O. Box 767,
                 Buffalo NY 14240-0767
                                                                                               TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :        Chapter 13
    Brian Reed                          :
                                            :        Bankruptcy No. 19-16881AMC
        Debtor.                       :

# ORDER

**AND NOW**, this 7th day of January, 2020, the Debtor having filed the above bankruptcy case on November 1, 2019,

**AND**, the Debtor having filed one (1) prior bankruptcy case before the present case:

Including case number 19-14199, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 1, 2019 and dismissed on July 23, 2019 for failure to file information,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents:

    Certification Concerning Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

**AND,** the debtor having failed to appear at the Show Cause hearing scheduled for January 7, 2020,

The Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly, it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 19-16881, and shall serve such motion upon all of his creditors and the United States Trustee.

Consistent with the Bar Order and until directed otherwise, the Clerk of the Court is **DIRECTED TO REFRAIN** from accepting any bankruptcy petition filed by the Debtor(s) or on behalf of the Debtor(s).

_____
Ashely M. Chan
United States Bankruptcy Judge